UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAMERON SOTO, | ) |
| | ) |
| Petitioner, | ) |
| | )   2:17-cr-00157-JAW-01 |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on July 12, 2022 his Recommended Decision. *Recommended Decision on 28 U.S.C. § 2255 Mot.* (ECF No. 225). Mr. Soto filed his objections to the Recommended Decision on August 30, 2022. *Obj. to Report and Recommendations* (ECF No. 228). The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary. Specifically, the Court considered each of Mr. Soto's three objections to the Magistrate Judge's Recommended Decision and it has reviewed the contents of the Magistrate Judge's Recommended Decision. The

Court has concluded that the Magistrate Judge fully addressed each of Mr. Soto's objections in his Recommended Decision and, therefore, no further judicial explanation is necessary or appropriate.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Petitioner's 28 U.S.C. § 2255 Petition (ECF No. 197) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                        <u>/s/ John A. Woodcock, Jr.</u>
                        JOHN A. WOODCOCK, JR.
                        UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2022